**FILED**
DEC 11 2007
JUDGE JOAN B. GOTTSCHALL

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Richard Paul E., a minor
and Annette S.B., Individually,
and as Guardian & Next Friend
vs. Plainfield Comm. Consol. Sch Dist 202

Case Number:

RECEIVED
DEC 07 2007

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richard Paul E.
and Annette S.B.

07CV6911
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| NAME (Type or print) | Joseph Daniel THOMAS, Atty at Law |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Joseph Daniel Thomas |
| FIRM | Joseph Daniel Thomas Atty at Law |
| STREET ADDRESS | 10707 N. State Road 55 |
| CITY/STATE/ZIP | Demotte IN |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | ARDC 6212202 |
| TELEPHONE NUMBER | 312-296-8203 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |