# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 07cv6911-

Re: Richard Paul E., Annette S.B. vs. Plainfield Comm.
Consolidated School District 202
US District Court, N.D.IL, E. Div., before Judge Gottschall

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

This is the second Appearance form filed as attorney for Richard Paul E., Annette S.B. The original Appearance form was filed with the clerk who accepted the Complaint and filing & pro hac vice fee payments.

| | |
|---|---|
| NAME (Type or print) <br> Joseph Daniel THOMAS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joseph Daniel Thomas | |
| FIRM <br> Joseph Daniel Thomas, Attorney at Law | |
| STREET ADDRESS <br> 10707 N. State Road 55 | |
| CITY/STATE/ZIP <br> Demotte, IN 46310-9671 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 6212202 | TELEPHONE NUMBER <br> 312-296-8203 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

FILED DEC 26 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**Joseph Daniel Thomas**
Attorney at Law
10707 N. State Road 55
Demotte, IN 46310-9671
312-296-8203  219-345-5444  Fax 800-882-3714
Admitted in Illinois and Indiana

December 20, 2007

Michael W. Dobbins, Clerk
& Angela Revis, Deputy Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: Richard Paul E., et al vs. Plainfield Comm. Consolidated School District 202
US District Court, N.D.IL, E. Div., Case No. 07cv6911-Judge Gottschall

**By First Class Mail**
Dear Clerk,

I am writing to provide a second Appearance Form for the court file in the above-styled case. That second Appearance Form is completed and attached.

I received a letter from you dated December 11, 2007 stating that there was no Appearance Form in the file of this case. I did file an original Appearance Form at the request of the clerk who accepted the filing fees in this case at the time I filed the complaint in hard copy. I had forgotten to include it in the stack of papers I handed the clerk, and she noticed that it was missing. She handed me an appearance form and I completed it by hand and gave it to her with the other papers.

Unfortunately I did not ask the clerk for a copy of the original form. Thank you for telling me it is not in the court file. I hope this has not delayed any processing of my request for pro hac vice or the filing date of the case.

Please let me know if there are any other concerns regarding the file in this case.

Best Regards,

*[signature]*
Joseph Daniel Thomas
Attorney for Plaintiffs Richard E. et al

enclosure

Joseph Daniel Thomas
Attorney at Law
10707 N. State Road 55
Demotte, IN 46310-9671

GARY IN 464

20 DEC 2007 PM 4 T

Michael W. Dobbins, Clerk
& Angela Revis, Deputy Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dobbins

RECEIVED
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT