**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6911 |

Richard Paul E., a minor, and Annette S. B, individually and as his Guardian and Next Friend,
v.
Plainfield Community Consolidated School District 202

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plainfield Community Consolidated School District 202

| |
|---|
| NAME (Type or print) <br> Darcy L. Kriha |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Darcy L. Kriha |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06210325 | 312-986-0300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused the foregoing **Appearance** to be served upon the attorney listed below by filing with the Clerk of the Court using the CM/ECF system, on this 17th day of January, 2008:

>Joseph Daniel Thomas, Esq.
>10707 North State Road
>Demotte, IN 46310

>s/ Darcy L. Kriha – 06210325
>Darcy L. Kriha