UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Richard Paul E., et al.
                                       Plaintiff,

v.                                                        Case No.: 1:07−cv−06911

                                                                    Honorable Joan B. Gottschall

Plainfield Community Consolidated School District 202
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

       MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 2/13/2008. Parties to file consent to proceed before Magistrate Judge Ashman for further proceedings. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.