UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD PAUL E., a minor, and ANNETTE S. B., Individually and as his Guardian and Next Friend, <br><br> Plaintiffs, <br><br> v. <br><br> PLAINFIELD COMMUNITY CONSOLIDATED SCHOOL DISTRICT 202 and ILLINOIS STATE BOARD of EDUCATION, <br><br> Defendants. | Case No. 07 cv 6911 <br><br> Magistrate Judge Martin C. Ashman |

### NOTICE OF MANUAL FILING

To: All Parties of Record

PLEASE TAKE NOTICE that Monday, May 5, 2008, Defendant Illinois State Board of Education, by and through its attorney, Lisa Madigan, Attorney General of Illinois, manually filed the Administrative Record in this matter, bound in five volumes, with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division.

LISA MADIGAN  　　　　　　　　　　/s/ Peter C. Koch
Illinois Attorney General

　　　　　　　　　　　　　　　　　　Peter C. Koch
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　(312) 814-6534
　　　　　　　　　　　　　　　　　　pkoch@atg.state.il.us

### CERTIFICATE OF SERVICE

The above-signed hereby certifies that a copy of the foregoing Notice was served this 5th day of May 2008 by electronic filing pursuant to Rule XI of the General Order On Electronic Case Filing.