UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD PAUL E., a minor, and<br>ANNETTE S. B., Individually and as his<br>Guardian and Next Friend,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PLAINFIELD COMMUNITY<br>CONSOLIDATED SCHOOL DISTRICT<br>202 and ILLINOIS STATE BOARD of<br>EDUCATION,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  07 cv 6911<br><br>Magistrate Judge Martin C. Ashman |

## DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S ANSWER

NOW COMES defendant Illinois State Board of Education, by and through its attorney, LISA MADIGAN, Illinois Attorney General, and for its Answer to the First Amended Complaint and pursuant to 20 U.S.C. § 1415(i)(2)(C), submits the Administrative Record in this matter, consisting of five volumes, filed manually, and encompassing a Certification of Record, index and pages bates numbered 1 through 1263.

May 5, 2008　　　　　　　　　　　　　Respectfully submitted,

LISA MADIGAN　　　　　　　　　　　/s/ Peter C. Koch
Attorney General of Illinois　　　　　　PETER C. KOCH
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　General Law Bureau
　　　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　(312) 814-6534

## CERTIFICATE OF SERVICE

The above-signed, an attorney of record, states that a copy of the attached Answer was served May 5, 2008 by electronic filing pursuant to Rule XI of this Court's General Order on Electronic Case Filing.