UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD PAUL E., a minor, and ANNETTE S. B., Individually and as his Guardian and Next Friend, </br></br>   Plaintiffs, </br></br> v. </br></br>PLAINFIELD COMMUNITY CONSOLIDATED SCHOOL DISTRICT 202 and ILLINOIS STATE BOARD of EDUCATION, </br></br>   Defendants. | Case No. 07 cv 6911 </br></br>Magistrate Judge Martin C. Ashman |

## CERTIFICATE OF SERVICE

  The undersigned, at attorney of record, hereby certifies that a copy of the Administrative Record in this matter, consisting of five volumes, filed manually, and encompassing a Certification of Record, index and pages bates numbered 1 through 1263, was served by U.S Mail this 5th day of May 2008 upon the following individuals:

| | |
|---|---|
| Joseph D. Thomas </br> Attorney at Law </br> 10707 N. State Road 55 </br> Demotte, IN 46310-9671 | Darcy L. Kriha </br> Franczek Sullivan P.C. </br> 300 S. Wacker Drive, Suite 3400 </br> Chicago, IL 60606-6785 |

        /s/ Peter C. Koch
        Peter C. Koch
        Assistant Attorney General
        100 West Randolph Street, 13th Floor
        Chicago, Illinois 60601
        (312) 814-6534
        pkoch@atg.state.il.us