**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:**

✗    **TOO VOLUMINOUS**

☐    **TRANSCRIPT**

☐    **QUALITY NOT LEGIBLE**

☐    **FONT TOO SMALL**

☐    **PHOTOGRAPHS**

✗    **OTHER    Five volumes (Administrative Record)**

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE.  THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. TO 4:30 PM. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS.  TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT 312-435-5699.**