UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Richard Paul E., et al.

                    Plaintiff,

v.

                    Case No.: 1:07−cv−06911

                    Honorable Martin C. Ashman

Plainfield Community Consolidated School District 202, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

    MINUTE entry before the Honorable Martin C. Ashman: Status hearing reset to 6/12/2008 at 10:00 AM. Status hearing of 5/30/2008 is stricken. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.