# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD PAUL E., a minor, and ANNETTE S. B., individually and as his Guardian and Next Friend, <br><br> Plaintiffs, <br><br> v. <br><br> PLAINFIELD COMMUNITY CONSOLIDATED SCHOOL DISTRICT 202, <br><br> Defendant. | Case No. 07 C 6911 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Martin C. Ashman |

## AGREED MOTION TO PLACE UNDER SEAL

Defendant Plainfield Community Consolidated School District 202, by their attorneys, and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, requests that this Court order that the parties' Settlement Agreement, delivered to the Court via messenger, be placed under seal. Counsel for Defendant represents to the Court that counsel for Plaintiffs Richard Paul E., a minor, and Annette S. B., individually and as his Guardian and Next Friend, agrees to the relief requested by this Motion.

Respectfully submitted,

PLAINFIELD COMMUNITY
CONSOLIDATED SCHOOL DISTRICT
202, DEFENDANT

By: /s Darcy L. Kriha
Darcy L. Kriha – Illinois Bar #06210325
dlk@franczek.com
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
312-986-0300

385548.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2008 electronically filed the foregoing **AGREED MOTION TO PLACE UNDER SEAL** using the CM/EFC system, which will send notification of such filing to the following:

> Joseph Daniel Thomas
> 10707 N. State Road 55
> Demotte, IN 46310-9671

> PLAINFIELD COMMUNITY
> CONSOLIDATED SCHOOL DISTRICT
> 202, DEFENDANT

> By:  /s Darcy L. Kriha
> Darcy L. Kriha – Illinois Bar #06210325
> dlk@franczek.com
> Franczek Sullivan P.C.
> 300 South Wacker Drive, Suite 3400
> Chicago, IL 60606
> 312-986-0300

385548.1